United States District Court
Southern District of Texas
**ENTERED**
August 14, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| FELIX CANTU OLMEDO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-cv-581 |
| | § | |
| MARKWAYNE MULLIN[1] | § | |

## ORDER

Petitioner, in this habeas proceeding, filed a notice of voluntary dismissal per Federal Rule of Civil Procedure 41(a)(1)(A)(i) (Dkt. No. 7). A petitioner may voluntarily dismiss claims without a court order upon filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i); *Crotts v. Robinson*, No. 21-20347, 2022 WL 2913747, at *1 (5th Cir. July 22, 2022). This general rule is subject to limitations in class action suits, shareholder derivative suits, and suits where the Court has appointed a receiver. *See* Fed. R. Civ. P. 41(a)(1)(A). Unless otherwise indicated, Rule 41(a)(1)(A)(i) dismissals operate without prejudice. Fed. R. Civ. P. 41(a)(1)(B).

As no answer or motion for summary judgment has been filed, Petitioner is entitled to unilaterally dismiss his case without prejudice. *Moses v. Dir., TDCJ-CID*, No. 4:24CV1094, 2025 WL 1270080, at *1 (E.D. Tex. May 1, 2025) (applying Rule 41(a)(1)(A)(i) in the habeas context); Fed. R. Civ. P. 81(a)(4) (governing the applicability of the Federal Rules of Civil Procedure in habeas proceedings). This dismissal is automatic. *Qureshi v. United States*, 600 F.3d 523, 525 (5th Cir. 2010).

Accordingly, Petitioner's Writ of Habeas Corpus is **DISMISSED WITHOUT**

[1] Pursuant to Federal Rule of Civil Procedure 25(d), David Venturella is substituted for Respondent Todd Lyons in this case. The Clerk of Court is **DIRECTED** to substitute this party on the docket sheet.

**PREJUDICE** (Dkt. No. 1). Because no claim remains pending in this case, the Clerk of Court is **DIRECTED** to **TERMINATE** this civil action.

It is so **ORDERED**.

**SIGNED** August 14, 2026.

Marina Garcia Marmolejo
United States District Judge